# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Tyson, Kimberley H. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, District of Colorado | 3. Date of Report<br><br>09/23/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>U.S. Custom House<br>721 19th Street, Fifth Floor<br>Denver, CO 80202 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member/Director | Tyson Family Enterprises, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 06-30-95 | Sherman & Howard 401k Plan with former law firm, self managed common fund asset selection |
| 2. 02-11-94 | Charles Schwab SEP-IRA |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 09/23/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | January 23-25, 2019 | Salt Lake City, UT | Rocky Mountain Bankruptcy Conference | Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 09/23/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tyson, Kimberley H.** | 09/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Smuckers | A | Dividend | J | T | | | | | |
| 2.   Spectronetics Corporation | | None | | | Sold | 01/02/19 | J | | |
| 3.   ANB Investment Management Account (H) | | | | | | | | | |
| 4.   -Abbott Labs | B | Dividend | L | T | | | | | |
| 5.   -Alphabet Inc Class A | | None | K | T | | | | | |
| 6.   -Alphabet Inc Class C | | None | K | T | | | | | |
| 7.   -Amgen Inc. | B | Dividend | L | T | | | | | |
| 8.   -Apple Inc | B | Dividend | M | T | | | | | |
| 9.   -Ball Corp | A | Dividend | K | T | | | | | |
| 10.  -ConocoPhillips | B | Dividend | K | T | | | | | |
| 11.  -ExxonMobil Corp | D | Dividend | M | T | | | | | |
| 12.  -Facebook Inc Class A | | None | L | T | | | | | |
| 13.  -Federated Govt Obli Fe-Premier | C | Interest | K | T | | | | | |
| 14.  -GNMA II PL #002825 | A | Interest | J | T | | | | | |
| 15.  -GNMA II PL #002945 | A | Interest | J | T | | | | | |
| 16.  -GNMA II PL #002975 | A | Interest | J | T | | | | | |
| 17.  -GNMA II PL #002999 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 09/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -iShares MSCI EAFE ETF | B | Dividend | L | T | | | | | |
| 19. -Johnson & Johnson | C | Dividend | L | T | | | | | |
| 20. -Nike Inc. Class B | A | Dividend | L | T | | | | | |
| 21. -Pfizer Inc | C | Dividend | L | T | | | | | |
| 22. -Proctor & Gamble Co. | D | Dividend | M | T | | | | | |
| 23. -United Technologies Corp | A | Dividend | K | T | | | | | |
| 24. -Vanguard 500 Index Fund-Adm | A | Distribution | M | T | | | | | |
| 25. -Vanguard FTSE Aw Ex-Us-Adm | B | Distribution | M | T | | | | | |
| 26. -Wal Mart Stores, Inc. | B | Dividend | L | T | | | | | |
| 27. -Walt Disney Co. | A | Dividend | K | T | | | | | |
| 28. -Williams Cos Inc. | C | Dividend | K | T | | | | | |
| 29. -Vodaphone | A | Dividend | J | T | | | | | |
| 30. -Wisdomtree Emerging Markets (DEM) | B | Distribution | K | T | | | | | |
| 31. -Blackstone Group LP | D | Distribution | M | T | | | | | |
| 32. -Buckeye Partners LP | B | Distribution | | | Sold | 11/01/19 | K | D | |
| 33. -Enterprise Prods Partners LP | B | Distribution | K | T | | | | | |
| 34. -Magellan Midstream Partners LP | C | Distribution | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 09/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Plains All American Pipeline LP | B | Distribution | J | T | | | | | |
| 36.   Trust #1 (H) | | | | | | | | | |
| 37.   -Buckeye Partners LP | B | Distribution | | | Sold | 11/01/19 | K | D | |
| 38.   -ExxonMobil Corp | D | Dividend | M | T | | | | | |
| 39.   -Federated Govt Obli Fd-Premier | A | Interest | J | T | | | | | |
| 40.   -Proctor & Gamble Co | C | Dividend | L | T | | | | | |
| 41.   -Vanguard 500 Index Fund - Adm | A | Distribution | J | T | | | | | |
| 42.   -Vanguard FTSE Aw Ex-Us-Adm | A | Distribution | J | T | Sold (part) | 07/22/19 | J | A | |
| 43.   Tyson Family Enterprises, LLC | C | Distribution | J | U | | | | | |
| 44.   ANB Bank Cash Account | A | Interest | K | T | | | | | |
| 45.   Northwestern Mutual Whole Life Insurance | A | Int./Div. | L | T | | | | | |
| 46.   Sherman & Howard 401k Plan (H) (no div., int., or inc. provided) | | | | | | | | | |
| 47.   -Loomis Sayles Core Plus Bond Y | | None | M | T | | | | | |
| 48.   -DFA US Large Cap Value Port Instl | | None | M | T | | | | | |
| 49.   -Vanguard Institutional Index I | | None | M | T | | | | | |
| 50.   -TIAA-CREF Mid-Cap Value Instl | | None | | | Sold | 06/05/19 | L | | |
| 51.   Vanguard Extended Market Index Instl | | None | L | T | Buy | 06/05/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 09/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Longleaf Partners Small-Cap | | None | M | T | | | | | |
| 53.  -Vanguard Total Intl Stock Inde | | None | M | T | | | | | |
| 54.  Charles Schwab SEP-IRA (cash equivalents only) | A | Interest | J | T | | | | | |
| 55.  HSA Bank Cash Account | A | Interest | J | T | | | | | |
| 56.  1/9 interest in vacant land Sussex County, NJ | | None | L | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 09/23/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 09/23/2021 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kimberley H. Tyson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544